# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **SANTANNA BIRDLONG** | **CIVIL CASE NO. 6:25-CV-00635** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BIOLIFE PLASMA SERVICES L P** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 19] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, BioLife Plasma Services, LLC's ("BioLife") MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) [Doc. 11], while not without merit, is **DENIED WITHOUT PREJUDICE** at this time to allow Plaintiff, within fourteen (14) days, the opportunity to amend her Complaint to cure the deficiencies as provided in the report and recommendation. Thereafter, BioLife may reurge their MOTION TO DISMISS if warranted.

THUS DONE AND SIGNED in Chambers on this 11th day of December, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE